IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. RDB-16-163** |
| **COURTNEY BARRETT,** | : | |
| | : | |
| **Defendant.** | : | |

*FILED* *ENTERED*
*LODGED* *RECEIVED*

JUN 1 5 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## ORDER

For the reasons stated in the defendant's Motion to Permit Leave for Funeral and Memorial Services and to Modify Conditions of Supervised Release, it is hereby ORDERED that:

(1) Mr. Barrett's request to permit leave from his residence on Saturday, June 18, 2022, so that he may attend his aunt's funeral and memorial services is GRANTED; and

(2) Mr. Barrett is hereby permitted to leave his residence from 9:00 a.m. until 10:00 p.m. on June 18 so long as he supplies any and all requested information regarding the services to his supervising officer in advance.

SO ORDERED this 15th day of June, 2022.

_____
HON. LYDIA K. GRIGGSBY
United States District Judge